IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ESTATE OF BUCK FONDREN, ET AL.**                                            **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO.: 3:14-cv-131-MPM-JMV**

**DR. JUAN SANTOS, ET AL.**                                                     **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

On July 15, 2014, Plaintiff filed a Motion to Remand, combining various allegations including lack of subject matter jurisdiction [11]. Pursuant to L. U. Civ. R. 16(b)(1)(B), "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion. . . ."

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to remand. Plaintiff shall notify the undersigned magistrate judge within seven (7) days of a decision on the remand motion and shall submit a proposed order lifting the stay, if appropriate.

**SO ORDERED**, this the 16$^h$ day of July, 2014.

                                                                        /s/ Jane M. Virden
                                                                        **UNITED STATES MAGISTRATE JUDGE**